1 | DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 | BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          ) Cr.S. 09-026-GEB
        Plaintiff,        )
                          ) **STIPULATION AND [PROPOSED]**
    v.                    ) **ORDER**
                          )
ANDRE DAMAR REESE,        ) DATE: March 13, 2009
                          ) TIME: 9:00 a.m.
        Defendant.        ) JUDGE: Hon. Garland E. Burrell Jr.
                          )
_____)

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, March 13, 2009 be continued to April 10, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 10, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 10, 2009         Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ANDRE DAMAR REESE


DATED: March 10, 2009         LAWRENCE G. BROWN
                              Acting United States Attorney

                              /s/ Benjamin Galloway for
                              DANIEL MCCONKIE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 10, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2