DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br>ANDRE DAMAR REESE,               )<br>                                 )<br>            Defendant.           )<br>_____) | Cr.S. 09-026-GEB<br>**AMENDED STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: June 5, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, June 5, 2009 be continued to July 17, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 17, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 27, 2009          Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             ANDRE DAMAR REESE


DATED: May 27, 2009          LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Benjamin Galloway for
                             DANIEL MCCONKIE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including July 17, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  June 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge