DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-026-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| ANDRE DAMAR REESE, ) | DATE: July 17, 2009 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Garland E. Burrell Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, July 17, 2009 be continued to August 14, 2009 at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 14, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 9, 2009         Respectfully submitted,
                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            ANDRE DAMAR REESE

DATED: July 9, 2009         LAWRENCE G. BROWN
                            Acting United States Attorney

                            /s/ Benjamin Galloway for
                            DANIEL MCCONKIE
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 14, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: July 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge