DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>          Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br> ANDRE DAMAR REESE,          )<br>                            )<br>          Defendant.        )<br>                            )<br>_____ ) | Cr.S. 09-026-GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: August 14, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, August 14, 2009 be continued to September 11, 2009 at 9:00 a.m..  This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 11, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 10, 2009    Respectfully submitted,
                          DANIEL J. BRODERICK
                          Federal Defender

                          /s/ Benjamin Galloway
                          BENJAMIN GALLOWAY
                          Assistant Federal Defender
                          Attorney for Defendant
                          ANDRE DAMAR REESE

DATED: August 10, 2009    LAWRENCE G. BROWN
                          United States Attorney

                          /s/ Benjamin Galloway for
                          DANIEL MCCONKIE
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 11, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  August 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge