DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE DAMAR REESE,<br><br>    Defendant. | Cr.S. 09-026-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: December 4, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 23, 2009, be continued to December 4, 2009, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Further, defense counsel is actively pursuing state court documents and transcripts pertaining to prior convictions which could have a significant impact on Mr. Reese's exposure.  This process is ongoing, and additional time is needed in order to obtain and analyze these

1 documents, then properly advise Mr. Reese.

2 It is further stipulated that the time period from the date of this
3 stipulation and order, through and including the date of the new status
4 conference hearing, December 4, 2009, shall be excluded from
5 computation of time within which the trial of this matter must be
6 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
7 (h)(7)(A)(B)(iv)and Local Code T4 [reasonable time for defense counsel
8 to prepare].

10 DATED: October 14, 2009         Respectfully submitted,

11                                  DANIEL J. BRODERICK
                                    Federal Defender

13                                  /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
14                                  Attorney for Defendant
                                    ANDRE DAMAR REESE

16
    DATED: October 14, 2009         LAWRENCE G. BROWN
17                                  United States Attorney

18                                  /s/ Benjamin Galloway for
                                    DANIEL MCCONKIE
19                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
20
                       **O R D E R**
21
    **IT IS SO ORDERED.** Time is excluded from today's date through and
22
    including December 4, 2009, in the interests of justice pursuant to 18
23
    U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local
24
    Code T4.
25
    Dated:  October 16, 2009
26

27  _____
    GARLAND E. BURRELL, JR.
28  United States District Judge

**2**