DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRE DAMAR REESE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 09-026-GEB <br><br> **STIPULATION AND ORDER** <br><br> DATE: January 15, 2010 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 4, 2009, be continued to January 15, 2010, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Further, defense counsel is actively pursuing state court documents and transcripts pertaining to prior convictions which could have a significant impact on Mr. Reese's exposure.  This process is ongoing, and additional time is needed in order to obtain and analyze these

1  documents, then properly advise Mr. Reese.

2  It is further stipulated that the time period from the date of this
3  stipulation and order, through and including the date of the new status
4  conference hearing, January 15, 2010, shall be excluded from
5  computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
7  (h)(7)(A)(B)(iv)and Local Code T4 [reasonable time for defense counsel
8  to prepare].

10  DATED: December 2, 2009           Respectfully submitted,

11                                    DANIEL J. BRODERICK
                                      Federal Defender
12
                                      /s/ Benjamin Galloway
13                                    BENJAMIN GALLOWAY
                                      Assistant Federal Defender
14                                    Attorney for Defendant
                                      ANDRE DAMAR REESE
15

16
    DATED: December 2, 2009           BEN WAGNER
17                                    United States Attorney

18                                    /s/ Benjamin Galloway for
                                      DANIEL MCCONKIE
19                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
20
                      **O R D E R**
21
    **IT IS SO ORDERED.** Time is excluded from today's date through and
22
    including January 15, 2010, in the interests of justice pursuant to 18
23
    U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local
24
    Code T4.
25
    Dated:  December 2, 2009
26

27
                                      _____
28                                    GARLAND E. BURRELL, JR.
                                      United States District Judge

**2**