DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Cr.S. 09-026-GEB
          Plaintiff,                 )
                                     )   **STIPULATION AND [PROPOSED]**
     v.                              )   **ORDER**
                                     )
ANDRE DAMAR REESE,                   )   DATE: April 9, 2010
                                     )   TIME: 9:00 a.m.
          Defendant.                 )   JUDGE: Hon. Garland E. Burrell Jr.
                                     )
_____        )

    It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, March 12, 2010, be continued to April 9, 2010, at 9:00 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, April 9, 2010, shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: March 9, 2010          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANDRE DAMAR REESE

DATED: March 9, 2010          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        DANIEL MCCONKIE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 9, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 15, 2010

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge