DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Cr.S. 09-026-GEB
            Plaintiff,          )
                                )   **STIPULATION AND ORDER**
      v.                        )
                                )   DATE: May 21, 2010
ANDRE DAMAR REESE,              )   TIME: 9:00 a.m.
                                )   JUDGE: Hon. Garland E. Burrell Jr.
            Defendant.          )
                                )
_____)

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, April 9, 2010, be continued to May 21, 2010, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, May 21, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv)and

Local Code T4 [reasonable time for defense counsel to prepare].

DATED: April 7, 2010          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ANDRE DAMAR REESE


DATED: April 7, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              DANIEL MCCONKIE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 21, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

**2**