DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      v.                      )<br>                              )<br> ANDRE DAMAR REESE,            )<br>                              )<br>           Defendant.         )<br>                              )<br>_____) | Cr.S. 09-026-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: July 9, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

  It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, May 21, 2010, be continued to July 9, 2010, at 9:00 a.m..

  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant,to examine possible defenses and to continue investigating the facts of the case.

  It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, July 9, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the

1 Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv) and
2 Local Code T4 [reasonable time for defense counsel to prepare].

4 DATED: May 18, 2010                Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender

7                                    /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
8                                    Attorney for Defendant
                                     ANDRE DAMAR REESE

10
11 DATED: May 18, 2010                BENJAMIN B. WAGNER
                                     United States Attorney

12                                   /s/ Benjamin Galloway for
                                     DANIEL MCCONKIE
13                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 9, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  May 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge