DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-026-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| ANDRE DAMAR REESE, | ) | DATE: September 3, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, July 9, 2010, be continued to September 3, 2010, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, September 3, 2010, shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: July 7, 2010      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
ANDRE DAMAR REESE

DATED: July 7, 2010      BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
DANIEL MCCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 3, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: July 9, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2