```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )         Plaintiff, ) ) v. ) ) ANDRE DAMAR REESE, ) )         Defendant. ) ) _____ ) | Cr.S. 09-026-GEB  **STIPULATION AND [PROPOSED] ORDER**  DATE: November 19, 2010 TIME: 9:00 a.m. JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 8, 2010, be continued to November 19, 2010, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, November 19, 2010, shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

```
DATED: October 5, 2010          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANDRE DAMAR REESE


DATED: October 5, 2010          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 19, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: October 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge