DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRE DAMAR REESE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 09-026-GEB <br><br> **STIPULATION AND ORDER** <br><br> DATE: February 4, 2011 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 7, 2011, be continued to February 4, 2011, at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, February 4, 2011, shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 3, 2010          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANDRE DAMAR REESE


DATED: January 3, 2010          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 4, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  January 3, 2011

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge