DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:09-cr-00026 KJM |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: March 3, 2011 |
| ANDRE DAMAR REESE, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, February 3, 2011, be continued to March 3, 2011, at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, March 3, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under

1  the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv)and
2  Local Code T4 [reasonable time for defense counsel to prepare].

4  DATED: January 31, 2011        Respectfully submitted,
5                                 DANIEL J. BRODERICK
                                  Federal Defender

7                                 /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
8                                 Attorney for Defendant
                                  ANDRE DAMAR REESE

10 DATED: January 31, 2011        BENJAMIN B. WAGNER
11                                United States Attorney

12                                /s/ Benjamin Galloway for
                                  DANIEL MCCONKIE
13                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

15                              **O R D E R**

16  **IT IS SO ORDERED.** Time is excluded from today's date through and
17 including March 3, 2011, in the interests of justice pursuant to 18
18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local
19 Code T4.  All counsel is advised that they are required to attend the
20 status conference now set for March 3, 2011, and that no continuance of
21 that date will be granted.
22 DATED:  February 1, 2011.

_____
UNITED STATES DISTRICT JUDGE