DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDRE DAMAR REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:09-cr-00026-KJM |
| Plaintiff, | ) | |
| | ) | **AMENDED STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: April 28, 2011 |
| ANDRE DAMAR REESE, | ) | TIME:  10:00 a.m. |
| | ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANDRE DAMAR REESE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, April 28, 2011, be continued to May 19, 2011, at 10:00 a.m..

The government is finalizing a plea agreement and will be providing it to defense counsel in one or two days.  This continuance is being requested to allow defense counsel time to review the plea agreement with Mr. Reese, then forward a copy of the agreement to the Court for review in advance of the anticipated change of plea.

It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status

conference hearing, May 19, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: April 26, 2011          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANDRE DAMAR REESE


DATED: April 26, 2011          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The Status Conference set for April 28, 2011 is vacated and reset for May 19, 2011 at 10:00 a.m. Time is excluded from today's date through and including May 19, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  April 26, 2011.

_____
UNITED STATES DISTRICT JUDGE

2