BENJAMIN B. WAGNER
United States Attorney
DANIEL S. MCCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-00026 KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ANDRE REESE ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the sentencing hearing in this case be continued from October 27, 2011 to November 10, 2011 at 10:00 AM. This brief continuance will allow the government sufficient time to brief the complex issues raised in the defendant's sentencing brief.

                                             Respectfully Submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

DATE: October 25, 2011       By:   /s/ Daniel S. McConkie
                                                 DANIEL S. MCCONKIE
                                                 Assistant U.S. Attorney

```
DATE: October 25, 2011              /s/ Benjamin D. Galloway
                                    BENJAMIN D. GALLOWAY
                                    Attorney for Defendant
```

**SO ORDERED.**

```
DATE:   October 25, 2011.
```
_____
UNITED STATES DISTRICT JUDGE

2