# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **ANDRE REESE** | (For Offenses committed on or after November 1, 1987) |
| | Criminal Number: **2:09CR00026-001** |
| | Benjamin D. Galloway, Assistant Federal Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges <u>1 and 2</u> as alleged in the violation petition filed on <u>1/3/2014</u>.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Illicit Drug Use | 10/30/2013 |
| 2 | Contact with Convicted Felons | 9/19/2013 |

It is the judgment of the court that the supervised release heretofore granted on <u>12/15/2011</u> is continued with all previously ordered conditions in effect and with the following modification of conditions:

5.  The defendant shall be monitored for a period of 90 days, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

    a.  The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer (Home Detention).

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 12, 2014
Date of Imposition of Sentence

*/s/ Kimberly J. Mueller*
Signature of Judicial Officer

**KIMBERLY J. MUELLER**, United States District Judge
Name & Title of Judicial Officer

March 3, 2014
Date